UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLYARD, | No. 2:14-cv-780-EFB |
| Plaintiff, | |
| v. | ORDER AND |
| MCDANIELS et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

In a December 7, 2015 order, the court scheduled a settlement conference in this case for February 23, 2016, at 9:00 a.m., in Courtroom No. 25 before the undersigned. (ECF No. 18.) The order specifically cautioned that the "failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions." (Id.)

At the February 23, 2016 settlement conference, attorney Gary Brickwood appeared on behalf of defendants, along with assistant county counsel Jim Ross. Both of defendants' representatives traveled over 150 miles from Redding to Sacramento for the settlement conference. However, even though the court trailed the start of the settlement conference by 30 minutes, plaintiff entirely failed to appear.

////

The court notes that the December 7, 2015 order scheduling the settlement conference was returned to the court as undeliverable. Nevertheless, the court was also informed that one of the court's administrators obtained plaintiff's new contact information through plaintiff's probation officer, and was ultimately able to speak to plaintiff and notify him regarding the date and time of the settlement conference. Indeed, that communication apparently prompted plaintiff to file a notice of change of address on February 10, 2016. (ECF No. 19.) At the settlement conference, defendants' counsel also informed the court that he sent an additional notice of the settlement conference to plaintiff's new address, once the notice of change of address was filed. As such, it appears that plaintiff was well aware of the settlement conference, but nonetheless failed to appear without providing any notice to defendants' counsel or the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days of this order, plaintiff shall show cause in writing why he should not be required to pay $250.00 in sanctions based on his failure to appear at the court-ordered settlement conference.
2. Failure to respond to this order by the required deadline may result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: February 24, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE