UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLYARD, | No. 2:14-cv-0780-EFB |
| Plaintiff, | |
| v. | ORDER |
| MCDANIELS et al., | |
| Defendants. | |

On March 21, 2016, plaintiff filed a notice apologizing and providing reasons for his absence at the February 23, 2016 settlement conference. (ECF No. 23.) He further requests that another settlement conference be scheduled. (Id.)

In light of plaintiff's filing and *pro se* status, the court will provide plaintiff with one final opportunity for a settlement conference with the undersigned. However, plaintiff is hereby cautioned that if he again fails to appear for the conference, substantial monetary sanctions and/or dismissal of the action may result.

Accordingly, IT IS HEREBY ORDERED that:

1. The pending findings and recommendations for dismissal (ECF No. 22) are VACATED and the order to show cause (ECF No. 21) is DISCHARGED.

2. Within fourteen (14) days of this order, plaintiff shall contact defendants' counsel, Gary Brickwood, at (530) 245-1877 to confer regarding potential dates for a settlement conference.  Defendants' counsel shall promptly notify the court if he fails to receive any communication from plaintiff in the 14-day period.  The parties shall clear any proposed dates for such a settlement conference with the undersigned's courtroom deputy clerk at (916) 930-4187.

3. Failure to comply with the terms of this order may result in any appropriate sanctions, including monetary sanctions and/or dismissal of the action.

IT IS SO ORDERED.

Dated:  March 28, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE