UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLYARD,<br><br>                Plaintiff,<br><br>        v.<br><br>MCDANIELS, et al.,<br><br>                Defendants. | No.  2:14-cv-780-EFB P<br><br><br><br>ORDER |

The judge who presided over the settlement conference in this action filed findings and recommendations recommending that the case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) due to the plaintiff's multiple failures to comply with court orders and failures to appear for duly scheduled settlement conferences.[1]  ECF No. 26.  Those findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.

Accordingly, the court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The settlement conference judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

---

[1] This matter is before the undersigned pursuant to the consent of the parties.  *See* ECF Nos. 4, 16; 28 U.S.C. § 636(c).

1

1    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations (ECF No. 26) are adopted in full.

   2.  The action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

   3. The Clerk is directed to close this case.

   IT IS SO ORDERED.

DATED:  August 2, 2016.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE